452 A.2d 1094

Henry et al., Appellants v. Richie et al.

Argued February 17, 1982. George T. McKinley, for appellants; George I. Puhak, for appellees.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The order dated June 25, 1981 is affirmed.

452 A.2d 1095

Heyman v. Heyman, Appellant.

Argued June 21, 1982. Lee Bruce Hoffman, for appellant; Robert F. Ruehl, for appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Order affirmed.